Hall's, Inc. et al., appellees, v. Samuel Katz, appellant. Gen. No. 34,600.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed March 2, 1931. Rehearing denied March 16, 1931.

Winston, Strawn & Shaw, for appellant; Harold Beacom and Arthur D. Welton, Jr., of counsel. Geo. M. Burditt, for appellees.

Mr. Justice McSurely delivered the opinion of the court.